[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEP 16, 2011
JOHN LEY
CLERK

No. 10-15108
Non-Argument Calendar
_____

D.C. Docket No. 1:98-cr-00314-PAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KEITH JONES,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(September 16, 2011)

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Jan Smith, appointed counsel for Keith Jones, in this direct criminal appeal,

has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Jones's revised sentence is affirmed. Nevertheless, we vacate and remand for the limited purpose of allowing the district court to correct a clerical error by docketing Jones's notice of appeal, which designated both the amended criminal judgment in the present case and the final order in a parallel civil action filed under 28 U.S.C.§ 2241 (Case No. 1:09-cv-20685-PAS), in the aforementioned civil case as well.

**AFFIRMED IN PART; VACATED AND REMANDED IN PART.**